UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                Case No. 21-mj-00622

JAMES MAULT

## ENTRY OF APPEARANCE FOR DEFENDANT

To the Clerk of the Court:

Please enter my appearance as appointed counsel in this case effective this date.

                                      Respectfully submitted,

                                      /s/ Richard S. Stern
                                      _____
                                      RICHARD S. STERN
                                      D.C. Bar No. 205377
                                      932 Hungerford Drive #37A
                                      Rockville, MD 20850
                                      301-340-8000
                                      Email:  rssjrg@rcn.com
                                      Attorney for Mr. Mault

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have electronically served all counsel of record on October 27, 2021.

                                      /s/ Richard S. Stern
                                      _____
                                      RICHARD S. STERN